# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| In re: | Case No. 18-41215-R |
|---|---|
| FELICIA JOHNSON | |
| Debtor(s) | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Carey D. Ebert, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/05/2018.

2) The plan was confirmed on 10/26/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/09/2020, 12/02/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/02/2021, 09/15/2022.

5) The case was completed on 12/15/2022.

6) Number of months from filing or conversion to last payment: 54.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $98,235.00.

10) Amount of unsecured claims discharged without full payment: $14,277.38.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $71,421.85 |
| Less amount refunded to debtor | $2,063.48 |
| **NET RECEIPTS:** | **$69,358.37** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $7,894.31 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$12,194.31** |

Attorney fees paid and disclosed by debtor:   $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AIRROSTI REHAB CENTERS | Unsecured | 796.00 | NA | NA | 0.00 | 0.00 |
| AMAZON | Unsecured | 1,832.54 | NA | NA | 0.00 | 0.00 |
| BAYLOR EMERGENCY MEDICAL CEN | Unsecured | 25.65 | NA | NA | 0.00 | 0.00 |
| BAYLOR MEDICAL CENTER | Unsecured | 584.85 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 1,358.00 | NA | NA | 0.00 | 0.00 |
| DENTON REGIONAL MEDICAL | Unsecured | 1,489.67 | 1,489.67 | 1,489.67 | 1,489.67 | 0.00 |
| DENTON REGIONAL MEDICAL CENT | Unsecured | 152.50 | NA | NA | 0.00 | 0.00 |
| DR. WEISBERG DERMATOLOGIST | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETLEMENT CORPORATION | Unsecured | NA | 1,794.09 | 1,794.09 | 1,794.09 | 0.00 |
| ECAST SETLEMENT CORPORATION | Unsecured | NA | 1,410.40 | 1,410.40 | 1,410.40 | 0.00 |
| FIRST CHOICE ER | Unsecured | 1,040.94 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 9,100.00 | 18,477.50 | 18,477.50 | 18,477.50 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 10,000.00 | 589.04 | 589.04 | 589.04 | 0.00 |
| JC PENNEY | Unsecured | 2,312.49 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 417.00 | 417.71 | 417.71 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 7,000.00 | 7,382.37 | 7,382.37 | 7,382.37 | 625.60 |
| LVNV FUNDING | Unsecured | NA | 525.69 | 525.69 | 0.00 | 0.00 |
| METROSTYLE | Unsecured | 1,301.51 | NA | NA | 0.00 | 0.00 |
| MIDAMERICA BANK | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 15,000.00 | 0.00 | 15,724.97 | 13,428.20 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | 163,600.00 | 151,487.56 | 151,487.56 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | NA | 0.00 | 9,427.65 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | NA | NA | 6,128.28 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC | Secured | NA | 0.00 | 750.00 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Unsecured | 7,636.02 | 7,636.02 | 7,636.02 | 7,636.02 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,338.17 | 2,338.17 | 2,338.17 | 2,338.17 | 0.00 |
| TEXAS HEALTH ER | Unsecured | 71.96 | NA | NA | 0.00 | 0.00 |
| TEXAS WORKFORCE COMMISSION | Unsecured | NA | 1,993.00 | 1,993.00 | 1,993.00 | 0.00 |
| TOWN OF LITTLE ELM | Unsecured | 961.32 | NA | NA | 0.00 | 0.00 |
| USMD MEDICAL CLINIC NORTH TEX | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| UT SOUTHWESTERN MEDICAL CENT | Unsecured | 73.85 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UT SOUTHWESTERN MEDICAL CENT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| UT SOUTHWESTERN MEDICAL CENT | Unsecured | 1,549.37 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $151,487.56 | $0.00 | $0.00 |
| Mortgage Arrearage | $32,030.90 | $13,428.20 | $0.00 |
| Debt Secured by Vehicle | $7,382.37 | $7,382.37 | $625.60 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$190,900.83** | **$20,810.57** | **$625.60** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $589.04 | $589.04 | $0.00 |
| **TOTAL PRIORITY:** | **$589.04** | **$589.04** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,082.25** | **$35,138.85** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $12,194.31 |
| Disbursements to Creditors | $57,164.06 |
| **TOTAL DISBURSEMENTS :** | **$69,358.37** |

UST Form 101-13-FR-S (09/01/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/07/2023                    By: /s/ Carey D. Ebert
                                                                       Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below or electronically via ECF.

FELICIA JOHNSON
26850 US HIGHWAY 380 E APT 6002
AUBREY,, TX  76227-7960

PELLEY LAW OFFICE
905 NORTH TRAVIS STREET
SHERMAN, TX  75090-5022

Dated:  June 07, 2023                    /s/ Carey D. Ebert
                                         Office of the Standing Chapter 13 Trustee

**UST Form 101-13-FR-S (09/01/2009)**